

2 So.2d 925

**Bill GRISSOM v. STATE.**

8 Div. 115.

Court of Appeals of Alabama.
March 18, 1941.

Rehearing Stricken April 8, 1941.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

2 So.2d 926

**Bill GRISSOM v. STATE.**

8 Div. 116.

Court of Appeals of Alabama.
Feb. 25, 1941.

Rehearing Denied March 18, 1941.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 224

**Charlie GUNTER v. CITY OF JASPER.**

6 Div. 887.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

8 So.2d 902

**Charles William GUTHRIE v. STATE.**

6 Div. 841.

Court of Appeals of Alabama.
May 12, 1942.

SIMPSON, Judge.
Appeal dismissed.

1 So.2d 43

**Joey GUTTERY v. STATE.**

6 Div. 630.

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

5 So.2d 847

**Will HALL v. STATE.**

7 Div. 644.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.